```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS130816
Cashier ID: afuller
Transaction Date: 07/06/2021
Payer Name: Anton A. Ewing
----------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Anton A. Ewing
 Case/Party: D-CAS-3-21-CV-001219-001
 Amount:         $402.00
----------------------------------------
CHECK
 Check/Money Order Num: 1386
 Amt Tendered:   $402.00
----------------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00


There will be a fee of $53.00
charged for any returned check.
```